**Brett C. KIMBERLIN, Plaintiff–Appellant,**

v.

**NATIONAL BLOGGERS CLUB; Ali Akbar; Patrick Frey; Erick Erickson; Michelle Malkin; Glenn Beck; Aaron J. Walker; William Hoge; Lee Stranahan; Robert Stacy McCain; Mandy Nagy; Breitbart.Com; The Franklin Center; Mercury Radio Arts; The Blaze; Ace of Spades; Redstate; DB Capital Strategies; Dan Backer; Twitchy; The American Spectator, Defendants–Appellees,**

**and**

**James O'Keefe; Simon and Schuster, Inc; Lynn Thomas, a/k/a Kimberlinunmasked, Defendants.**

**No. 15–1412.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 10, 2015.
Decided: June 16, 2015.

Brett C. Kimberlin, Appellant Pro Se. Theodore Bruce Godfrey, Jezic, Krum & Moyse, LLC, Silver Spring, Maryland; Mark I. Bailen, Baker & Hostetler, LLP, Washington, DC; Michael Francis Smith, Smith Appellate Law Firm, Washington, DC; Eleanor M. Lackman, Scott J. Sholder, Cowan Debaets Abrahams & Sheppard LLP, New York, New York; Ronald D. Coleman, Goetz Fitzpatrick LLP, New York, New York; Linda S. Mericle, Linda S. Mericle PA, Greenbelt, Maryland; Alison B. Schary, Davis Wright Tremaine, LLP, Washington, DC; Jonathan Segal, Alonzo B. Wickers, ·Davis Wright Tremaine LLP, Los Angeles, California; Christina Pauline Sirois, DB Capitol Strategies· PLLC, Alexandria, Virginia, for Appellees.

Before WILKINSON and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brett C. Kimberlin seeks to appeal the district court's order dismissing some but

not all of his claims in his civil action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Kimberlin seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Stevenson v. City of Seat Pleasant*, 743 F.3d 411, 415–16 (4th Cir.2014) (citations omitted). Accordingly, we dismiss the appeal for lack of jurisdiction. We deny the motion for sanctions as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*